DEFAULT O/E - JAD

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Debtors(s): Brian M. Black and Bobbi J. Black
aka Bobbi J. Schultz

Case Number: 07-70642 **JAD**

Movant: Brian M. Black and Bobbi J. Black
aka Bobbi J. Schultz

Chapter Number: 7

Document No. **84**

Respondent: No Respondent(s)

Hearing Date and Time:

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Brian M. Black and Bobbi J. Black, in the amount of $1,678.02 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion to Pay Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the US Attorney for the Western District of Pennsylvania and there being no objections filed, it is further appearing that Brian M. Black and Bobbi J. Schultz, formerly known as Bobbi J. Black, now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,678.02, to:

Brian M. Black and Bobbi Jo Schultz
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125

Dated: March 25, 2013

United States Bankruptcy Judge
**JEFFERY A. DELLER**

Application Submitted By:

Dated: <u>April 20, 2012</u>     Respectfully Submitted:    /s/ Jardanian Josephs
Jardanian Josephs, Esquire
Pa. I.D. 88667
PO Box 22144
Pittsburgh, PA 15222-0144
Ph: (412) 979-0552

**FILED**

MAR 26 2013

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA